IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Deborah Henze | * | |
| **Plaintiff** | | |
| | * | |
| v. | | Case No. RDB-11-1148 |
| | * | |
| Alfred Lee-Young, MD, et al | | |
| **Defendant** | ****** | |

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant Alfred Lee-Young against the Plaintiff Deborah Henze, and counsel for the parties having agreed that the verdict in favor of the Defendant Lee-Young also applies to the named Co-Defendant Carroll Digestive Associates, P.A. it is this _1ST_ day of November, 2013,

**ORDERED,**

1. Judgment is entered in favor of Defendants Alfred Lee-Young and Carroll Digestive Associates, P.A. against Plaintiff, Deborah Henze with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

*Richard D. Bennett*
United States District Judge